**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) ) ) | MDL No. 2820 |
| This Document Relates To: | ) ) | No. 1:18-cv-00190-SNLJ |
| 4-R Farms, Inc. | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | |
| Monsanto Co. et al. | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

4-R Farms, Inc. ("Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal without prejudice of the above-captioned action.

Dated: December 27, 2021
New York, New York

Respectfully submitted,

/s/ James J. Bilsborrow
James J. Bilsborrow (admitted *pro hac vice*)
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
jbilsborrow@weitzlux.com

SO ORDERED this 10th day of January, 2022

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ James Bilsborrow